IN THE UNITED STATES FEDERAL COURT
MIDDLE DISTRICT OF ALABAMA -SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, | ) |
| PLAINTIFF, | ) ) |
| VS. | ) CASE NO. ~~CV-2007-~~ 1:07CV 666-WHA |
| NELL ANDERSON RICH, and PROGRESSIVE AMERICAN INSURANCE COMPANY, | ) ) ) ) |
| DEFENDANTS. | ) DEMAND FOR JURY TRIAL ) |

## COMPLAINT

Plaintiff states as follows:

### JURISDICTION

1. The claim of each Plaintiff exceeds, exclusive of costs, Seventy Five Thousand Dollars ($75,000.00).

2. Plaintiff at all times material to this action was a citizen of the State of Florida.

3. Defendant, Nell Anderson Rich, at all times material to this action was a citizen of the State of Alabama.

4. The accident made the basis of this action occurred on or about December 6, 2006, at or near Dothan, Alabama, a site within the venue of this Court.

5. Defendant, Progressive American Insurance Co., is a business incorporated in the State of Ohio and has its principal place of business in a state other than Florida, but conducts business within the Southern Division of the Middle District of Alabama.

### COUNT ONE

6. On or about December 6, 2006, Defendant, Nell Anderson Rich, did negligently, recklessly and/or wantonly operate a motor vehicle so as to cause a collision with a vehicle

driven by the Plaintiff, Jessica LeAnn Baxter.

7. As a direct and proximate result of the negligence and/or wantonness of the Defendant, Plaintiff, Jessica LeAnn Baxter, was caused to suffer personal injury and property damage.

WHEREFORE, Plaintiff, Jessica LeAnn Baxter, demands judgment against the Defendant for compensatory damages, punitive damages, and costs.

## COUNT TWO

8. Plaintiff adopts by reference paragraphs 1 through 7 as if fully set forth herein.

9. Nell Anderson Rich was an "underinsured motorist," as defined by Alabama Code §32-7-23, in that she does not have enough liability coverage to adequately compensate Plaintiff for damages suffered as a result of the collision complained of.

10. At the time of the collision complained of there existed an automobile insurance policy issued by Defendant, Progressive American Insurance Company, covering the vehicle occupied by the Plaintiff.

11. Plaintiff was an insured under the terms of this automobile insurance policy.

12. Under the terms of the policy Defendant, Progressive American Insurance Company, agreed to pay personal injury damages which the Plaintiff would be legally entitled to recover from an underinsured motorist.

13. The Progressive American Insurance Company automobile insurance policy was in full force and effect at the time of the collision complained of.

14. The Plaintiff has complied with all covenants and conditions of Progressive's automobile insurance policy.

15. Defendant, Progressive American Insurance Company, has received notice of this

claim.

Wherefore, Plaintiff demands judgment against the Defendant for compensatory and punitive damages and court costs.

THE GAMBLE LAW FIRM

_____
MICHAEL J. GAMBLE (GAM011)
206 East Main Street
Dothan, Alabama 36301
(334) 793-2889
Attorney for Plaintiff

### JURY DEMAND

PLAINTIFF DEMANDS TRIAL BY STRUCK JURY.

_____
MICHAEL J. GAMBLE

**SERVE DEFENDANTS AT:**

**Nell Anderson Rich**
**309-3 Tulip Lane**
**Dothan, AL 36305**

**Progressive American Insurance Company**
**c/o THE CORPORATION COMPANY**
**2000 INTERSTATE PARK DR STE 204**
**MONTGOMERY, AL 36109**