| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X  RECEIVED BY   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name)  JUL 27 2007  C. Date of Delivery |
| 1. Article Addressed to:<br>Progressive American Ins.<br>6500 Bowden Road<br>STE 201<br>Jacksonville, FL 32216 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☒ No<br>KASHINA CUYLER<br>07cv666<br>3. Service Type<br>☒ Certified Mail   ☐ Express Mail<br>☐ Registered     ☒ Return Receipt for Merchandise<br>☐ Insured Mail   ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7005 1160 0000 5988 6794 |

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540