**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Nell Anderson Rich
309-3 Tulip Lane
Dothan, AL 36305

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Nell Rich_  ☐ Agent  ☒ Addressee

B. Received by ( Printed Name )   C. Date of Delivery
Nell Rich   3/28/07

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

07cv666

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered   ☒ Return Receipt for Merchandise
☐ Insured Mail   ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number
   (Transfer from ser_____)   7007 1490 0001 9833 5043

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540