IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA LEANN BAXTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO.: 1:07-cv-666-WHA |
| | § | |
| NELL ANDERSON RICH and | § | |
| PROGRESSIVE AMERICAN INS. CO. | § | |
| | § | |
| Defendants. | § | |

## ANSWER PRESENTING DEFENSES

Comes now the Defendant, Nell Anderson Rich, and for Answer to the Complaint of the Plaintiff and each count, allegation and averment thereof, separately and severally, says both separately and severally as follows, to wit:

### FIRST DEFENSE

Plaintiff's Complaint fails to state a claim upon which relief can be granted.

### SECOND DEFENSE

Defendant denies she was guilty of negligence.

### THIRD DEFENSE

Defendant denies she was guilty of wantonness.

### FOURTH DEFENSE

Defendant denies each and every material allegation contained in Plaintiff's Complaint and demands strict proof thereof.

### FIFTH DEFENSE

Defendant avers she is not indebted to Plaintiff.

## SIXTH DEFENSE

At the time and on the occasion complained of in the Complaint of the Plaintiff, Plaintiff was guilty of negligence which proximately caused and/or contributed to Plaintiff's alleged injuries and damages; wherefore, Plaintiff should take nothing by her suit.

Respectfully submitted this 8th day of August, 2007.


  s/ *William L. Lee, III*                              s/ *William W. Nichols*                    
WILLIAM L. LEE, III, (LEE007)                   WILLIAM W. NICHOLS, (NIC027)
*Attorney for Defendant Rich*                     *Attorney for Defendant Rich*
LEE & McINISH ATTORNEYS, P.C.             LEE & McINISH ATTORNEYS, P.C.
Post Office Box 1665                                    Post Office Box 1665
Dothan, Alabama 36302                             Dothan, Alabama 36302
Telephone (334) 792-4156                         Telephone (334) 792-4156
Facsimile (334) 794-8342                           Facsimile (334) 794-8342
wlee3@leeandmcinish.com                        wnichols@leeandmcinish.com


## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 8, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Gamble, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Progressive American Insurance Company, c/o The Corporation Company, 2000 Interstate Park Drive, Suite 204, Montgomery, Alabama 36109.

Dated this the 8th day of August, 2007.


                                                              s/ *William L. Lee, III*