IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CASE NO. 1:07-cv-666-WHA |
| | ) |
| NELL ANDERSON RICH and PROGRESSIVE AMERICAN INS. CO., | ) |
| | ) |
| Defendant, | ) |

## CONFLICT DISCLOSURE STATEMENT

COMES NOW Nell Anderson Rich, a Defendant in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[X] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |
| | |
| | |
| | |

August 10, 2007
Date

s/William L. Lee, III
Counsel Signature

William L. Lee, III    (LEE007)
Counsel for Defendant Nell Anderson Rich

P.O. Box 1665, Dothan, AL 36302
Address, City, State Zip Code

(334) 792-4156
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

## CERTIFICATE OF SERVICE

I hereby certify that on AUGUST 10, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Michael J. Gamble, Esq., and I hereby certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participant: Progressive American Insurance Company, 6500 Bowden Road, Suite 201, Jacksonville, FL 32216.

| | |
|---|---|
| August 10, 2007 | s/William L. Lee, III |
| Date | William L. Lee, III          (LEE007) |