IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSICA LEANN BAXTER,

    Plaintiff,

v.     CASE NO. 1:07-cv-666-WHA

NELL ANDERSON RICH, ET AL,

    Defendants,

## CONFLICT DISCLOSURE STATEMENT

COMES NOW JESSICA LEANN BAXTER, a Plaintiff in the above-captioned matter, and in accordance with the order of this Court, making the following disclosure concerning parent companies, subsidiaries, partners, limited liability entity members and managers, trustees (but not trust beneficiaries), affiliates, or similar entities reportable under the provisions of the Middle District of Alabama's General Order No. 3047:

[✓] This party is an individual, or

[ ] This party is a governmental entity, or

[ ] There are no entities to be reported, or

[ ] The following entities and their relationship to the party are hereby reported:

| Reportable Entity | Relationship to Party |
|---|---|
| NONE | |

8/13/2007
Date

s/ Michael J. Gamble
(Signature)

Michael J. Gamble (GAM011)
(Counsel's Name)

Jessica LeAnn Baxter
Counsel for (print names of all parties)

206 East Main Street
Dothan, AL 36301
Address, City, State Zip Code

334-793-2889
Telephone Number

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
<u>SOUTHERN</u> DIVISION

## CERTIFICATE OF SERVICE

I, <u>MICHAEL J. GAMBLE</u>, do hereby Certify that a true and correct copy of the foregoing has been furnished by <u>ELECTRONIC MAIL AND U. S. MAIL</u> (manner of service, i.e., U.S. Mail, electronic mail, etc.) on this <u>13</u> day of <u>AUGUST</u> 20<u>07</u>, to:

William L. Lee, III, Esq. by CM/ECF which will send notification of such filing

William M. Nichols, Esq. by CM/ECF which will send notification of such filing

Progressive American Insurance Co. by US Mail to: 6500 Bowden Road, Suite 201, Jacksonville, FL 32216

<u>8/13/2007</u>  
Date

<u>s/ Michael J. Gamble</u>  
Signature