IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | CASE NO. 1:07-cv-666-WHA |
| ) | |
| NELL ANDERSON RICH and ) | |
| PROGRESSIVE AMERICAN INS. ) | |
| CO., ) | |
| ) | |
| Defendants. ) | |

## PROPOSED DISCOVERY PLAN

Pursuant to Fed.R.Civ.P. 26(f), a meeting was held by telephone between William W. Nichols and William L. Lee, III, counsel for the Defendant, Nell Anderson Rich, Brett Ross, counsel for Defendant Progressive American Insurance, and Michael J. Gamble, counsel for the Plaintiff. The parties certify that during the meeting they agreed on the following proposed discovery plan:

1.  PRE-DISCOVERY DISCLOSURES.

The parties will make their Rule 26(a)(1) initial disclosures three (3) weeks from the date of this plan.

2.  DISCOVERY PLAN

A.  Discovery will be needed on the Plaintiff's claims and the Defendant's defenses.

    B.    All discovery shall be commenced in time to be completed by April 2, 2008.

    C.    A maximum of fifty (50) interrogatories by each party to the other party. Unless otherwise agreed between the parties, responses are due within thirty (30) days of service.

    D.    A Maximum of thirty-five (35) request for admissions by each party to the other party. Unless otherwise agreed between the parties, responses are due within thirty (30) days of service.

    E.    A maximum of twenty-five (25) request for production of documents by each party to the other party. Unless otherwise agreed between the parties, responses are due within thirty (30) days of service.

    F.    A maximum of eight (8) depositions by Plaintiff and eight (8) depositions by the Defendants.

    G.    Reports from retained experts under Rule 26(a)(2) shall be due:

        1.    From Plaintiffs by December 2, 2007.

        2.    From Defendants by February 2, 2008

    H.    Supplementations under Rule 26(e) are due within thirty (30) days of identification.

    3.    OTHER ITEMS.

    A.    The parties do not request a conference with the Court before entry of the scheduling order.

    B.    The parties request a pretrial conference in May of 2008.

    C.    Plaintiffs should be allowed until December 2, 2007 to join additional parties and December 9, 2007 to amend pleadings.

    D.    Defendants should be allowed until January 2, 2008 to join additional parties and January 9, 2008 to amend pleadings.

    E.    All potentially dispositive motions should be filed no later than ninety (90) days prior to the pretrial hearing.

    F.    Settlement cannot be evaluated prior to the close of discovery.

    G.    Final lists of witnesses and exhibits shall be due thirty (30) days before trial.

    H.    Parties shall have fifteen (15) days after service of final lists of witnesses and exhibits to list objections.

    I.    The case should be ready for trial by June 2, 2008 and is expected to take approximately two (2) to three (3) days.

Respectfully submitted,

| | |
|---|---|
| s/ *William L. Lee, III* | s/ *William W. Nichols* |
| WILLIAM L. LEE, III (LEE007) | WILLIAM W. NICHOLS (NIC027) |
| *Attorney for Defendant, Nell Anderson Rich* | *Attorney for Defendant, Nell Anderson Rich* |
| LEE & McINISH, ATTORNEYS | LEE & McINISH, ATTORNEYS |
| 238 West Main Street (36301) | 238 West Main Street (36301) |
| Post Office Box 1665 | Post Office Box 1665 |
| Dothan, Alabama 36302 | Dothan, Alabama 36302 |
| Telephone (334) 792-4156 | Telephone (334) 792-4156 |
| Facsimile (334)794-8342 | Facsimile (334) 794-8342 |
| Email: wlee3@leeandmcinish.com | Email: wnichols@leeandmcinish.com |

| | |
|---|---|
| *s/ Brett A. Ross* | *s/ Michael J. Gamble* |
| BRETT A. ROSS (ASB-6671-O76B) | MICHAEL J. GAMBLE (GAM011) |
| *Attorney for Defendant Progressive American Insurance* | *Attorney for Plaintiff* |
| CARR, ALLISON, PUGH, HOWARD, OLIVER & SISSON, P.C. | THE GAMBLE LAW FIRM, P.C. |
| 100 Vestavia Parkway STE 200 | 206 E. Main Street |
| Birmingham, Alabama 35216-7713 | Dothan, Alabama 36301-1724 |
| Telephone (205) 822-2006 | Telephone (334) 793-2889 |
| Facsimile (205) 822-2057 | Facsimile (334) 792-9611 |
| Email: bar@carrallison.com | Email: gamblelawfirmwfhm@comcast.net |

Dated this the 10th day of September, 2007.