IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

JESSICA LEANN BAXTER, )
)
     Plaintiff, )
)
v. )
)     CASE NO. 1:07-cv-666-WHA
)
NELL ANDERSON RICH and )
PROGRESSIVE AMERICAN INS. )
CO., )
)
     Defendants. )

## INITIAL DISCLOSURES OF DEFENDANT NELL ANDERSON RICH

COMES NOW the Defendant, Nell Anderson Rich, and respectfully submits her Rule 26(a)(1) initial disclosures. Defendant Rich makes these disclosures based on the information reasonably available to her.

## I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.

    A.    Jessica Leann Baxter
           c/o Michael Gamble
           The Gamble Law Firm
           206 E. Main Street
           Dothan, Alabama 36301

    B.    Nell Anderson Rich
           c/o William L. Lee, III and
           William W. Nichols
           Lee & McInish, P.C.
           P.O. Box 1665
           Dothan, Alabama 36302

    C.    Progressive American Insurance Company
           c/o Brett A. Ross
           *Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.*
           100 Vestavia Parkway, Suite 200
           Birmingham, Alabama 35216-7713

D.    Office Chris Robinson
      Dothan Police Department
      210 North Saint Andrews Street
      Dothan, Alabama 36303

E.    Corporal L. Nelms
      Dothan Police Department
      210 North Saint Andrews Street
      Dothan, Alabama 36303

F.    Crystal Marie Carroll
      235 J. Harris Road
      Hartford, Alabama 36344

G.    Flowers Hospital Physicians
      and Staff
      3228 West Main Street
      Dothan, Alabama 36301

H.    Pilcher's Ambulance Company
      911 South Foster Street
      Dothan, Alabama 36301

## II.    DOCUMENTS RELEVANT TO THE DISPUTED FACTS

A.    Alabama Uniform Traffic Accident Report.

B.    Flowers Hospital records reflecting treatment of Jessica Leann Baxter.

C.    Records from other medical providers reflecting treatment of Jessica Leann
      Baxter.

## III.    COMPUTATION OF DAMAGES

Not Applicable.

## IV.    COPY OF INSURANCE AGREEMENT.

Certified copies of the policy covering Nell Rich and a copy of the Declarations

Page showing the available coverage are attached.

Respectfully submitted,


  s/ William L. Lee, III                              s/ William W. Nichols                    
WILLIAM L. LEE, III (LEE007)               WILLIAM W. NICHOLS (NIC027)
*Attorney for Defendant, Nell Anderson Rich*        *Attorney for Defendant, Nell Anderson Rich*
LEE & McINISH, ATTORNEYS                    LEE & McINISH, ATTORNEYS
238 West Main Street  (36301)              238 West Main Street  (36301)
Post Office Box 1665                       Post Office Box 1665
Dothan, Alabama 36302                      Dothan, Alabama 36302
Telephone (334) 792-4156                   Telephone (334) 792-4156
Facsimile (334)794-8342                    Facsimile (334) 794-8342
Email: wlee3@leeandmcinish.com            Email: wnichols@leeandmcinish.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brett A. Ross, Attorney for Defendant Progressive American Insurance,  bar@carrallison.com;  Michael  J.  Gamble,  Attorney  for  Plaintiff, gamblelawfirmmjg@comcast.net, and I hereby certify that I have mailed a copy of the foregoing by United States Postal Service to the aforementioned counsel.

Dated this the 28th day of September, 2007.


                    s/ William W. Nichols                    
                    OF COUNSEL

A F F I D A V I T

I, V. R. Mercer, Claims Coverage Underwriter of Government Employees Insurance Company, a corporation organized and existing under the laws of the state of Maryland, do hereby certify that the attached Policy Declaration sheet was recreated based on records retained in our computer data files. The amendments, endorsements, and policy contract are standard forms with information particular to this policy. Attached is a specimen copy of the policy contract number 0303-99-20-02 issued to NELL A RICH for Renewal effective 08-23-06, processed on 07-19-07 and in effect on 12-06-06.

_____
V. R. Mercer
Claims Coverage Underwriter

Subscribed and sworn before me this 20TH day of September, 2007.

_____
Notary Public

GEICO
TEL: 1-800-841-7475
geico.com FAX: 1-478-744-5710

Case 1:07-cv-00666-WHA-WC    Document 14-2    Filed 09/28/2007    Page 2 of 20

U-31-DP

**POLICY NUMBER: 0303-99-20-02**

GOVERNMENT EMPLOYEES INSURANCE COMPANY
ONE GEICO PLAZA, WASHINGTON, D.C. 20047-0001

**FAMILY AUTOMOBILE RENEWAL POLICY DECLARATIONS**   This is a description of your coverage. Please keep for your records.

Item 1: Named Insured and Address

NELL A RICH
APT 3
309 TULIP LANE
DOTHAN AL 36305-0000

**Date Processed: 07-19-07**
POLICY PERIOD FROM **08-23-06** TO **02-23-07**        12:01 am Local time at the address of the named insured.

THE INSURED VEHICLES(S) WILL BE REGULARLY GARAGED IN THE TOWN AND STATE SHOWN IN ITEM 1, EXCEPT AS NOTED IN THE VEHICLE SEGMENT.

**CONTRACT TYPE:** A70AL

CONTRACT AMMENDMENTS:           ALL VEHICLES – A200
UNIT ENDORSEMENTS:              A115 (VEH 1)

## IMPORTANT MESSAGES

Please review the reverse side of this page for coverage and discount information.

The GEICO Property Agency can arrange for your homeowner's, renter's and condominium owner's insurance needs. Just call toll-free at 1-888-306-9500. Refinancing?  Let us provide the new Homeowner's Policy you need.

Congratulations!  You have qualified for a Military Discount on your policy. The reduction is reflected in your policy premium.

You are receiving a $33.70 discount based on your membership in AFSA .

Special 50+ rating applies.

Congratulations!  Your policy has been issued with our Prime Time Contract that contains a lifetime renewal guarantee provision.  Please review your policy contract for specific exceptions to this guarantee.

Reminder - Physical damage coverage will not cover loss for custom options on an owned auto, including equipment, furnishings or finishings including paint, if the existence of those options has not been previously reported to us. Please call us at 1-800-841-3000 if you have any questions or wish to purchase additional coverage for customized equipment not included above.

Based on your driving record and longstanding relationship with our company, you qualify for a benefit under our Accident Forgiveness Program. As a result, we have waived the increased premium associated with the accident on 06/05/06.

INSURED COPY                                                        **PAGE 1** TURN OVER

# THIS IS A RECREATED DOCUMENT

| Date Processed: 07-19-07 | Policy Number:  0303-99-20-02 |
|---|---|

**VEHICLE**                                    **RATED LOCATION**

1  99 CAD      1G6KE54Y5XU706300              DOTHAN AL 36305

| COVERAGES | LIMITS OR | PREMIUMS | | |
|---|---|---|---|---|
| Coverage applies where premium or 0.00 is shown for the vehicle. | DEDUCTIBLES | Vehicle 1 | Vehicle | Vehicle |
| BODILY INJURY LIABILITY EACH PERSON/EACH OCCURRENCE | $300,000/$300,000 | 98.10 | | |
| PROPERTY DAMAGE LIABILITY | $100,000 | 53.00 | | |
| MEDICAL PAYMENTS | $5,000 | 19.20 | | |
| UNINSURED & UNDERINSURED MOTORISTS EACH PERSON/EACH OCCURRENCE | $20,000/$40,000 | 36.80 | | |
| COMPREHENSIVE | $50 DED | 49.60 | | |
| COLLISION | $250 DED | 122.20 | | |
| EMERGENCY ROAD SERVICE | FULL | 6.30 | | |

| SIX MONTH PREMIUM PER VEHICLE | $  385.20 |
|---|---|

If you elect to pay your premium in installments, you may be subject to an additional fee for each installment.  The fee amount will be shown on your billing statements and is subject to change.
**Premiums for these vehicles are based on the following Discounts and/or Surcharges:**

DISCOUNTS      5 YEAR GOOD DRIVING (VEH 1); MILITARY (VEH 1); SEAT BELT (VEH 1);
               SPONSORED MARKETING (VEH 1); PASSIVE RESTRAINT/AIR BAG (VEH 1);
               ANTI-LOCK BRAKES (VEH 1);  ANTI-THEFT DEVICE (VEH 1)

**Lienholder Vehicle**              **Lienholder Vehicle**              **Lienholder Vehicle**

INSURED COPY                                                        PAGE 2

# THIS IS A RECREATED DOCUMENT

# GEICO

ONE GEICO PLAZA
Washington, D. C. 20076-0001
Telephone: 1-800-841-3000

# Alabama Family Automobile Insurance Policy

- Government Employees Insurance Company
- GEICO General Insurance Company

SPECIMEN

## POLICY INDEX

Page

**SECTION I**

Liability Coverages
Your Protection Against Claims From Others

Definitions.....................................................................3
Losses We Will Pay For You......................................3
Additional Payments We Will Make Under The
    Liability Coverages..............................................3
    Legal Expenses And Court Costs
    Bail And Appeal Bonds
    First Aid Expenses
Exclusions: When Section I Does Not Apply.............4
Persons Insured:  Who Is Covered...............................4
Financial Responsibility Laws......................................4
Out Of State Insurance................................................5
Limits Of Liability........................................................5
Other Insurance............................................................5
Conditions.....................................................................5
    Notice
    Two Or More Autos
    Assistance And Cooperation Of The Insured
    Action Against Us
    Subrogation

**SECTION II**

Automobile Medical Payments Coverage
Protection For You And Your Passengers For Medical
Expenses

Definitions ...................................................................6
Payments We Will Make ............................................6
Exclusions: When Section II Does Not Apply............6
Limit Of Liability .........................................................6
Other Insurance............................................................6
Conditions.....................................................................6
    Notice
    Two Or More Autos
    Action Against Us
    Medical Reports - Proof And Payment Of Claims
    Subrogation

**SECTION III**

Physical Damage Coverages
Your Protection For Loss Of Or Damage To Your Car

Definitions.....................................................................7
Losses We Will Pay .....................................................7
    Comprehensive Coverage ......................................7
    Collision Coverage ................................................8
Additional Payments We Will Make Under The
    Physical Damage Coverages .................................8
    Car Rental If Your Car Is Stolen
Exclusions:  When The Physical Damage
    Coverages Do Not Apply .......................................8
Limit Of Liability ...........................................................8
Other Insurance .................................................... ...........9

Page

Conditions........................................... . ......................9
    Notice
    Two Or More Autos
    Assistance And Cooperation Of The Insured
    Action Against Us
    Insured's Duties In Event Of Loss
    Appraisal
    Payment Of Loss
    No Benefit To Bailee
    Subrogation

**SECTION IV**

Uninsured Motorists Coverage
Your Protection For Injuries Caused By Uninsured
And Hit And Run Motorists

Definitions ...................................................................9
Losses We Pay ............................................................10
Exclusions:  When Section IV Does Not Apply........10
Limits Of Liability .......................................................11
Other Insurance ...........................................................11
Arbitration....................................................................11
Trust Agreement ..........................................................11
Conditions....................................................................11
    Notice
    Assistance And Cooperation Of The Insured
    Action Against Us
    Proof Of Claim - Medical Reports
    Payment Of Loss

**SECTION V**

General Conditions
The Following Apply To All Coverages In This Policy

Territory .....................................................................12
Premium......................................................................12
Changes.......................................................................12
Assignment .................................................................12
Policy Period...............................................................12
Cancellation By The Insured......................................12
Cancellation By Us .....................................................13
Cancellation By Us Is Limited....................................13
Renewal.......................................................................14
Other Insurance ..........................................................14
Dividend Provision......................................................14
Declarations ................................................................14
Fraud And Misrepresentation.....................................14
Examination Under Oath.............................................14
Disposal Of Vehicle....................................................14
Terms Of Policy Conformed To Statutes ..................14

**SECTION VI**

Amendments And Endorsements

Special Endorsement

    United States Government Employees ..............15

Whenever, "he," "his," "him," "himself" appears in this policy, you may read "she," "her," "hers," or "herself."

## AGREEMENT

We, the Company named in the declarations attached to this policy, make this agreement with you, the policyholder. Relying on the information you have furnished and the declarations attached to this policy and if you pay your premium when due, we will do the following:

### SECTION I

**Liability Coverages**
**Your Protection Against Claims From Others**
**Bodily Injury Liability**
**Property Damage Liability**

### DEFINITIONS

The words italicized in Section I of this policy are defined below.

1. *"Auto business"* means the business of selling, repairing, servicing, storing, transporting or parking of autos.

2. *"Bodily injury"* means bodily injury to a person, including resulting sickness, disease or death.

3. *"Farm auto"* means a truck type vehicle with a load capacity of 2000 pounds or less, not used for commercial purposes other than farming.

4. *"Insured"* means a person or organization described under PERSONS INSURED.

5. *"Non-owned auto"* means an automobile or *trailer* not owned by or furnished for the regular use of either *you* or a *relative*, other than a *temporary substitute auto*. An auto rented or leased for more than 30 days will be considered as furnished for regular use.

6. *"Owned auto"* means:

    (a) a vehicle described in this policy for which a premium charge is shown for these coverages;

    (b) a *trailer* owned by *you*;

    (c) *a private passenger, farm* or *utility auto*, ownership of which *you* acquire during the policy period or for which *you* enter into a lease during the policy period for a term of six months or more, if

        (i) it replaces an *owned auto* as defined in (a) above; or

        (ii) we insure all *private passenger, farm* and *utility autos* owned or leased by *you* on the date of the acquisition, and *you* ask us to add it to the policy no more than 30 days later;

    (d) a *temporary substitute auto*.

7. *"Private passenger auto"* means a four-wheel private passenger, station wagon or jeep-type auto.

8. *"Relative"* means a person related to *you* who resides in *your* household.

9. *"Temporary substitute auto"* means an automobile or *trailer*, not owned by *you*, temporarily used with the permission of the owner. This vehicle must be used as a substitute for the *owned auto* or *trailer* when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction.

10. *"Trailer"* means a trailer designed to be towed by a *private passenger auto*, if not being used for business or commercial purposes with a vehicle other than a *private passenger, farm* or *utility auto*.

11. *"Utility auto"* means a vehicle, other than a *farm auto*, with a load capacity of 2000 pounds or less of the pick-up body, van or panel truck type not used for commercial purposes.

12. *"War"* means armed conflict between nations, whether or not declared, civil war, insurrection, rebellion or revolution.

13. *"You"* means the policyholder named in the declarations and his or her spouse if a resident of the same household.

### LOSSES WE WILL PAY FOR YOU UNDER SECTION I

Under Section I, we will pay damages which an *insured* becomes legally obligated to pay because of:

1. *bodily injury*, sustained by a person, and;

2. damage to or destruction of property, arising out of the ownership, maintenance or use of the *owned auto* or a *non-owned auto*. We will defend any suit for damages payable under the terms of this policy. We may investigate and settle any claim or suit.

### ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE LIABILITY COVERAGES

1. All investigative and legal costs incurred by us.

2. All court costs charged to an *insured* in a covered law suit.

3. All interest accruing on that amount of a judgment which represents our limit of liability until we have paid, offered or deposited in court that part of the judgment not exceeding the limit of our liability.

4. Premiums for appeal bonds in a suit we appeal, or premiums for bonds to release attachments; but the face amount of these bonds may not exceed the applicable limit of our liability.

5. Premiums for bail bonds paid by an *insured* due to traffic law violations arising out of the use of an insured auto, not to exceed $250 per bail bond.

6. Costs incurred by any *insured* for first aid to others at the time of an accident involving an insured auto.

7. Loss of earnings up to $50 a day, but not other income, if we request an *insured* to attend hearings and trials.

8. All reasonable costs incurred by an *insured* at our request.

## EXCLUSIONS

### When Section I Does Not Apply

We will not defend any suit for damage if one or more of the exclusions listed below applies.

1. *Bodily injury* to any *insured* or any *relative* of an *insured* residing in his household is not covered.

2. Section I does not apply to any vehicle used to carry passengers or goods for hire. However, a vehicle used in an ordinary car pool on a ride sharing or cost sharing basis is covered.

3. *Bodily injury* or property damage caused intentionally by or at the direction of an *insured* is not covered.

4. We do not cover *bodily injury* or property damage that is insured under a nuclear liability policy.

5. *Bodily injury* or property damage arising from the operation of farm machinery is not covered.

6. *Bodily injury* to an employee of an *insured* arising out of and in the course of employment by an *insured* is not covered.

However, *bodily injury* of a domestic employee of the *insured* is covered unless benefits are payable or are required to be provided under a workers' or workmen's compensation law.

7. We do not cover *bodily injury* to a fellow employee of an *insured* if the fellow employee's *bodily injury* arises from the use of an auto while in the course of employment and if workers' compensation or other similar coverage is available. We will defend *you* if suit is brought by a fellow employee against *you* alleging use, ownership or maintenance of an auto by *you*.

8. We do not cover an *owned auto* while used by a person (other than *you* or a *relative*) when he is employed or otherwise engaged in the *auto business*.

9. A *non-owned auto* while maintained or used by any person is not covered while such person is employed or otherwise engaged in (1) any *auto business* if the accident arises out of that business; (2) any other business or occupation of any *insured* if the accident arises out of that business or occupation, except a *private passenger auto* used by *you* or *your* chauffeur or domestic servant while engaged in such other business

10. We do not cover damage to.

   (a) property owned, operated or transported by an *insured*; or

   (b) property rented to or in charge of an *insured* other than a residence or private garage.

11. We do not cover an auto acquired by *you* during the policy term, if *you* have purchased other liability insurance for it.

12. We do not cover:

   (a) the United States of America or any of its agencies;

   (b) any person, including *you*, if protection is afforded under the provisions of the Federal Tort Claims Act.

13. Punitive damages, except for wrongful death punitive damages, are not covered.

14. We do not cover *bodily injury* or property damage that results from the operation of a *non-owned auto* or *temporary substitute auto* that is designed for use principally off public roads that is not registered for use on public roads.

## PERSONS INSURED

### Who Is Covered

Section I applies to the following as *insureds* with regard to an *owned auto*:

1. *you* and *your relatives*;

2. any other person using the auto with *your* permission. The actual use must be within the scope of that permission;

3. any other person or organization for his or its liability because of acts or omissions of an *insured* under 1. or 2. above.

Section I applies to the following with regard to a *non-owned auto*:

1. (a) *you*;
   (b) *your relatives* when using a *private passenger, farm* or *utility auto* or *trailer*.

Such use by *you* or *your relatives* must be with the permission, or reasonably believed to be with the permission, of the owner and within the scope of that permission;

2. a person or organization, not owning or hiring the auto, regarding his or its liability because of acts or omissions of an *insured* under 1. above.

The limits of liability stated in the declarations are our maximum obligations regardless of the number of *insureds* involved in the occurrence.

## FINANCIAL RESPONSIBILITY LAWS

When this policy is certified as proof of financial responsibility for the future under the provisions of a

motor vehicle financial responsibility law, this liability insurance will comply with the provisions of that law. The *insured* agrees to reimburse us for payments made by us which we would not have had to make except for this agreement.

## OUT OF STATE INSURANCE

When the policy applies to the operation of a motor vehicle outside of *your* state, we agree to increase *your* coverages to the extent required of out-of-state motorists by local law. This additional coverage will be reduced to the extent that *you* are protected by another insurance policy. No person can be paid more than once for any item of loss.

## LIMITS OF LIABILITY

Regardless of the number of autos or *trailers* to which this policy applies:

1. The limit of bodily injury liability stated in the declarations as applicable to "each person" is the limit of our liability for all damages, including damages for care and loss of services, because of *bodily injury* sustained by one person as the result of one occurrence.

2. The limit of such liability stated in the declarations as applicable to "each occurrence" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and loss of services, because of *bodily injury* sustained by two or more persons as the result of any one occurrence.

3. The limit of property damage liability stated in the declarations as applicable to "each occurrence" is the total limit of our liability for all damages because of injury to or destruction of the property of one or more persons or organizations, including the loss of use of the property as the result of any one occurrence.

## OTHER INSURANCE

If the *insured* has other insurance against a loss covered by Section I of this policy, we will not owe more than our pro-rata share of the total coverage available.

Any insurance we provide for losses arising out of the ownership, maintenance or use of a vehicle *you* do not own shall be excess over other valid and collectible insurance.

## CONDITIONS

The following conditions apply to Section I:

1. NOTICE

As soon as possible after an occurrence, written notice must be given us or our authorized agent stating:

    (a) the identity of the insured:

    (b) the time, place and details of the occurrence;

    (c) the names and addresses of the injured, and of any witnesses; and

    (d) the names of the owners and the description and location of any damaged property.

If a claim or suit is brought against an *insured*, he must promptly send us each demand, notice, summons or other process received.

2. TWO OR MORE AUTOS

If this policy covers two or more autos, the limit of coverage applies separately to each. An auto and an attached *trailer* are considered to be one auto.

3. ASSISTANCE AND COOPERATION OF THE INSURED

The *insured* will cooperate and assist us, if requested:

    (a) in the investigation of the occurrence;

    (b) in making settlements;

    (c) in the conduct of suits;

    (d) in enforcing any right of contribution or indemnity against any legally responsible person or organization because of *bodily injury* or property damage;

    (e) at trials and hearings;

    (f) in securing and giving evidence; and

    (g) by obtaining the attendance of witnesses.

Only at his own cost will the *insured* make a payment, assume any obligation or incur any cost other than for first aid to others.

4. ACTION AGAINST US

No suit will lie against us:

    (a) unless the *insured* has fully complied with all the policy's terms and conditions, and

    (b) until the amount of the *insured's* obligation to pay has been finally determined, either:

        (i) by a final judgment against the *insured* after actual trial; or

        (ii) by written agreement of the *insured*, the claimant and us.

A person or organization or the legal representative of either, who secures a judgment or written agreement, may then sue to recover up to the policy limits.

No person or organization, including the *insured*, has a right under this policy to make us a defendant in an action to determine the *insured's* liability.

Bankruptcy or insolvency of the *insured* or his estate will not relieve us of our obligations.

5. SUBROGATION

When payment is made under this policy, we will be subrogated to all the *insured's* rights of recovery against others. The *insured* will help us to enforce these rights. The *insured* will do nothing after loss to prejudice these rights.

This means we will have the right to sue for or otherwise recover the loss from anyone else who may be held responsible

## SECTION II

Auto Medical Payments

**Protection For You And Your Passengers For Medical Expenses**

### DEFINITIONS

The definitions of terms shown under Section I apply to this Coverage. In addition, under this Coverage, *occupying* means in or upon or entering into or alighting from.

### PAYMENTS WE WILL MAKE

Under this Coverage, we will pay all reasonable expenses actually incurred by an *insured* within one year from the date of accident for necessary medical, surgical, x-ray, dental services, prosthetic devices, ambulance, hospital, professional nursing and funeral services. The one year limit does not apply to funeral services.

This Coverage applies to:

1. *you* and each *relative* who sustains *bodily injury* caused by accident:

   (a) while *occupying* the *owned auto*; or
   (b) while *occupying* a *non-owned auto* if *you* or *your relative* reasonably believe *you* have the owner's permission to use the auto and the use is within the scope of that permission; or
   (c) when struck as a pedestrian by an auto or *trailer*.

2. any other person who sustains *bodily injury* caused by accident while *occupying* the *owned auto* while being used by *you*, a resident of *your* household, or other persons with *your* permission.

### EXCLUSIONS

**When Section II Does Not Apply**

1. There is no coverage for *bodily injury* sustained by any occupant of an *owned auto* used to carry passengers or goods for hire. However, a vehicle used in an ordinary car pool on a ride sharing or cost sharing basis is covered.

2. There is no coverage for an *insured* while *occupying* a vehicle located for use as a residence or premises.

3. *You* and *your relatives* are not covered for *bodily injury* sustained while *occupying* or when struck by:

   (a) a farm-type tractor or other equipment designed for use principally off public roads, while not upon public roads; or
   (b) a vehicle operated on rails or crawler-treads.

4. There is no coverage for persons employed in the *auto business*, if the accident arises out of that business and if benefits are required to be provided under a workers' compensation law.

5. There is no coverage for *bodily injury* sustained due to *war*

6. The United States of America or any of its agencies are not covered as an *insured*, a third party beneficiary, or otherwise.

### LIMIT OF LIABILITY

The limit of liability for medical payments stated in the declarations as applying to "each person" is the limit we will pay for all costs incurred by or on behalf of each person who sustains *bodily injury* in one accident. This applies regardless of the number of persons insured or the number of autos or *trailers* to which this policy applies.

### OTHER INSURANCE

If the *insured* has other medical payments insurance against a loss covered by Section II of this policy, we will not owe more than our pro rata share of the total coverage available.

Any insurance we provide to a person who sustains *bodily injury* while *occupying* a vehicle *you* do not own shall be excess over any other valid and collectible insurance.

### CONDITIONS

The following conditions apply to this Coverage:

1. **NOTICE**

   As soon as possible after an accident, written notice must be given us or our authorized agent stating:

   (a) the identity of the *insured*;
   (b) the time, place and details of the accident; and
   (c) the names and addresses of the injured, and of any witnesses.

2. **TWO OR MORE AUTOS**

   If this policy covers two or more autos, the limit of coverage applies separately to each. An auto and an attached *trailer* are considered to be one auto.

3. **ACTION AGAINST US**

   Suit will not lie against us unless the *insured* has fully complied with all the policy terms.

4. **MEDICAL REPORTS - PROOF AND PAYMENT OF CLAIMS**

   As soon as possible, the injured person or his representative will furnish us with written proof of claim, under oath if required. After each request from us, he will give us written authority to obtain medical reports and copies of records.

   The injured person will submit to an examination by doctors chosen by us and at our expense as we may reasonably require.

   We may pay either the injured person, the doctor or other persons or organizations rendering medical

....ices. These payments are made without regard to fault or legal liability of the *insured*

## 5. SUBROGATION

When payment is made under this policy, we will be subrogated to all the *insured*'s rights of recovery against others. The *insured* will help us to enforce these rights. The *insured* will do nothing after loss to prejudice these rights.

This means we will have the right to sue for or otherwise recover the loss from anyone else who may be held responsible.

## SECTION III

**Physical Damage Coverages**

**Your Protection For Loss Or Damage To Your Car**

## DEFINITIONS

The definitions of the terms *"auto business"*, *"farm auto"*, *"private passenger auto"*, *"relative"*, *"temporary substitute auto"*, *"utility auto"*, *"you"* and *"war"* under Section I apply to Section III also. Under this Section, the following special definitions apply:

1. *"Actual cash value"* is the replacement cost of the auto or property less *depreciation* or *betterment*.

2. *"Betterment"* is improvement of the auto or property to a value greater than its pre-loss condition.

3. *"Collision"* means *loss* caused by upset of the covered auto or its collision with another object, including an attached vehicle.

4. *"Depreciation"* means a decrease or loss in value to the auto or property because of use, disuse, physical wear and tear, age, outdatedness or other causes.

5. *"Insured"* means:

   (a) regarding the *owned auto*:

      (i) *you* and *your relatives*;

      (ii) a person or organization maintaining, using or having custody of the auto with *your* permission, if his use is within the scope of that permission.

   (b) regarding a *non-owned auto*; *you* and *your relatives*, using the auto, if the actual operation or use is with the permission or reasonably believed to be with the permission of the owner and within the scope of that permission.

6. *"Loss"* means direct and accidental loss of or damage to:

      (a) the auto, including its equipment; or
      (b) other insured property.

7. *"Non-owned auto"* means a *private passenger, farm* or *utility* auto or *trailer* not owned by or furnished for the regular use of either *you* or *your relatives*, except a *temporary substitute auto*. *You* or *your relative* must be using the auto or trailer within the scope of permission given by its owner. An auto rented or leased for more than 30 days will be considered as furnished for regular use.

8. *"Owned auto"* means:

   (a) any vehicle described in this policy for which a specific premium charge indicates there is coverage;

   (b) a *private passenger, farm* or *utility auto* or a *trailer*, ownership of which is acquired by *you* during the policy period or for which *you* enter into a lease during the policy period for a term of six months or more; if

      (i) it replaces an *owned auto* as described in (a) above, or

      (ii) we insure all *private passenger, farm, utility autos* and *trailers* owned or leased by *you* on the date of such acquisition and *you* request us to add it to the policy within 30 days afterward;

   (c) a *temporary substitute auto*.

9. *"Trailer"* means a trailer designed for use with a *private passenger auto* and not used as a home, office, store, display or passenger trailer.

## LOSSES WE WILL PAY FOR YOU

**Comprehensive (Excluding *Collision*)**

1. We will pay for each *loss*, less the applicable deductible, caused other than by *collision*, to the *owned* or *non-owned auto*. This includes breakage of glass and *loss* caused by:

| | | | |
|---|---|---|---|
| (a) missiles; | | (j) | windstorm; |
| (b) falling objects; | | (k) | hail; |
| (c) fire; | | (l) | water; |
| (d) lightning; | | (m) | flood; |
| (e) theft; | | (n) | malicious mischief; |
| (f) larceny; | | (o) | vandalism; |
| (g) explosion; | | (p) | riot; or |
| (h) earthquake; | | (q) | civil commotion. |
| (i) colliding with a bird or animal; | | | |

No deductible will apply to *loss* caused by fire, lightning, smoke, smudge, or damage sustained while the vehicle is being transported on any conveyance.

At the option of the *insured*, breakage of glass caused by *collision* may be paid under the Collision Coverage, if included in the policy.

... We will pay, up to $200 per occurrence, less any deductible shown in the declarations, for *loss* to personal effects due to:

(a) fire;
(b) lightning;
(c) flood;
(d) theft of the entire automobile;
(e) falling objects;
(f) earthquake; or
(g) explosion.

The property must be owned by *you* or a *relative*, and must be in or upon an *owned auto*.

No deductible will apply due to *loss* by fire or lightning.

3. *Losses* arising out of a single occurrence shall be subject to no more than one deductible.

### Collision

1. We will pay for *collision loss* to the *owned* or *non-owned auto* for the amount of each *loss* less the applicable deductible.

2. We will pay up to $200 per occurrence, less the applicable deductible, for *loss* to personal effects due to a *collision*. The property must be owned by *you* or a *relative*, and must be in or upon an *owned auto*.

3. *Losses* arising out of a single occurrence shall be subject to no more than one deductible.

### ADDITIONAL PAYMENTS WE WILL MAKE UNDER THE PHYSICAL DAMAGE COVERAGES

1. We will reimburse the *insured* for transportation expenses incurred during the period beginning 48 hours after a theft of the entire auto covered by Comprehensive Coverage under this policy has been reported to us and the police. Reimbursement ends when the auto is returned to use or we pay for the *loss*.

Reimbursement will not exceed $25 per day nor $750 per *loss*.

2. We will pay general average and salvage charges for which the *insured* becomes legally liable when the auto is being transported.

3. We will pay for *loss* to any of the following equipment (including *loss* to accessories and antennas):

(a) car phone;
(b) citizen's band radio;
(c) two-way mobile radio;
(d) scanning monitor receiver; or
(e) device designed for the recording and/or reproduction of sound.

We will pay only if the equipment at the time of *loss*:

(a) is permanently installed in or upon an *owned auto*; and
(b) that auto is insured under the appropriate coverage.

## EXCLUSIONS

### When The Physical Damage Coverages Do Not Apply

1. An auto used to carry passengers or goods for hire is not covered. However, a vehicle used in an ordinary car pool on a ride sharing or cost sharing basis is covered.

2. *Loss* due to *war* is not covered.

3. We do not cover *loss* to a *non-owned auto* when used by the *insured* in the *auto business*.

4. There is no coverage for *loss* caused by and limited to wear and tear, freezing, mechanical or electrical breakdown or failure, unless that damage results from a covered theft.

5. Tires, when they alone are damaged by *collision*, are not covered.

6. *Loss* due to radioactivity is not covered.

7. *Loss* to any tape, wire, record disc or other medium for use with a device designed for the recording and/or reproduction of sound is not covered.

8. We do not cover *loss* to any radar or laser detector.

9. We do not cover *trailers* when used for business or commercial purposes with vehicles other than *private passenger, farm* or *utility autos*.

10. We do not cover *loss* to an *owned auto* or *non-owned auto* that results from destruction or confiscation by governmental or civil authorities because *you*, a *relative* or anyone else engaged in illegal activities.

### LIMIT OF LIABILITY

The limit of our liability for *loss*:

1. is the *actual cash value* of the property at the time of the *loss*;

2. will not exceed the cost to repair or replace the property, or any of its parts, with other of like kind and quality and will not include compensation for any diminution in the property's value that is claimed to result from the *loss*;

3. to personal effects arising out of one occurrence is $200;

4. to a *trailer* not owned by *you* is $500;

5. for custom options is limited to the *actual cash value* of equipment, furnishings or finishings (including paint) installed in or upon the vehicle only by the auto factory or an authorized auto dealer and included in the purchase price of the vehicle.

*Actual cash value* of property will be determined at the time of the *loss* and will include an adjustment for *depreciation/betterment* and for the physical condition of the property.

## OTHER INSURANCE

If the *insured* has other insurance against a *loss* covered by Section III, we will not owe more than our pro-rata share of the total coverage available.

Any insurance we provide for a vehicle *you* do not own shall be excess over any other valid and collectible insurance.

## CONDITIONS

The following conditions apply only to the Physical Damage Coverages:

### 1. NOTICE

As soon as possible after a *loss*, written notice must be given us or our authorized agent stating:

(a) the identity of the *insured*;

(b) a description of the auto or *trailer*;

(c) the time, place and details of the *loss*; and

(d) the names and addresses of any witnesses.

In case of theft, the *insured* must promptly notify the police.

### 2. TWO OR MORE AUTOS

If this policy covers two or more autos or *trailers*, the limit of coverage and any deductibles apply separately to each.

### 3. ASSISTANCE AND COOPERATION OF THE *INSURED*

The *insured* will cooperate and assist us, if requested:

(a) in the investigation of the *loss*;

(b) in making settlements;

(c) in the conduct of suits;

(d) in enforcing any right of subrogation against any legally responsible person or organization;

(e) at trials and hearings;

(f) in securing and giving evidence; and

(g) by obtaining the attendance of witnesses.

### 4. ACTION AGAINST US

Suit will not lie against us unless the policy terms have been complied with and until 30 days after proof of loss is filed and the amount of *loss* is determined.

### 5. *INSURED'S* DUTIES IN EVENT OF *LOSS*

In the event of *loss* the *insured* will:

(a) Protect the auto, whether or not the *loss* is covered by this policy. Further *loss* due to the *insured's* failure to protect the auto will not be covered. Reasonable expenses incurred for this protection will be paid by us.

(b) File with us, within 91 days after *loss*, his sworn proof of loss including all information we may reasonably require.

(c) At our request, the *insured* will exhibit the damaged property.

### 6. APPRAISAL

If we and the *insured* do not agree on the amount of *loss*, either may, within 60 days after proof of loss is filed, demand an appraisal of the *loss*. In that event, we and the *insured* will each select a competent appraiser. The appraisers will select a competent and disinterested umpire. The appraisers will state separately the *actual cash value* and the amount of the *loss*. If they fail to agree, they will submit the dispute to the umpire. An award in writing of any two will determine the amount of *loss*. We and the *insured* will each pay his chosen appraiser and will bear equally the other expenses of the appraisal and umpire.

We will not waive our rights by any of our acts relating to appraisal.

### 7. PAYMENT OF *LOSS*

We may at our option:

(a) pay for the *loss*; or

(b) repair or replace the damaged or stolen property.

At any time before the *loss* is paid or the property replaced, we may return any stolen property to *you* or to the address shown in the declarations at our expense with payment for covered damage. We may take all or part of the property at the agreed or appraised value, but there will be no abandonment to us. We may settle claims for *loss* either with the *insured* or the owner of the property.

### 8. NO BENEFIT TO BAILEE

This insurance does not apply directly or indirectly to the benefit of a carrier or other bailee for hire liable for the *loss* of the auto.

### 9. SUBROGATION

When payment is made under this policy, we will be subrogated to all the *insured's* rights of recovery against others. The *insured* will help us to enforce these rights. The *insured* will do nothing after *loss* to prejudice these rights.

This means we will have the right to sue for or otherwise recover the *loss* from anyone else who may be held responsible.

### SECTION IV

**Uninsured Motorists Coverage**

**Protection For *You* And *Your* Passengers For Injuries Caused By Uninsured And Hit-And-Run Motorists**

### DEFINITIONS

The definitions of terms for Section I apply to Section IV, except for the following special definitions:

*"Hit-and-run auto"* is a motor vehicle causing *bodily injury* to an *insured* through physical contact with him or with an auto he is *occupying* at the time of the accident and whose operator or owner cannot be identified, provided the *insured* or someone on his behalf:

  (a) reports the accident within 24 hours to a police, peace or judicial officer or to the Commissioner of Motor Vehicles;

  (b) files with us within 30 days a statement setting forth the facts of the accident and claiming that he has a cause of action for damages against an unidentified person; and

  (c) makes available for inspection, at our request, the auto *occupied* by the *insured* at the time of the accident.

2. *"Insured"* means:

  (a) the individual named in the declarations and his or her spouse if a resident of the same household;

  (b) *relatives* of (a) above if residents of his household;

  (c) any other person while *occupying* an *owned auto*;

  (d) any person who is entitled to recover damages because of *bodily injury* sustained by an *insured* under (a), (b), and (c) above.

If there is more than one *insured*, our limit of liability will not be increased.

3. *"Insured auto"* is an auto:

  (a) described in the declarations and covered by the bodily injury liability coverage of this policy;

  (b) temporarily substituted for an *insured auto* when withdrawn from normal use because of its breakdown, repair, servicing, loss or destruction; or

  (c) operated by *you* or *your* spouse if a resident of the same household.

But the term *"insured auto"* does not include:

  (i) an auto used to carry passengers or goods for hire, except in a car pool;

  (ii) an auto being used without the owner's permission; or

  (iii) under subparagraphs (b) and (c) above, an auto owned by or furnished for the regular use of an *insured*.

4. *"Occupying"* means in, upon, entering into or alighting from.

5. *"State"* includes the District of Columbia, the territories and possessions of the United States, and the Provinces of Canada.

6. *"Uninsured auto"* is a motor vehicle which has no bodily injury liability bond or insurance policy applicable with liability limits complying with the financial responsibility law of the *state* in which the *insured auto* is principally garaged at the time of an accident. This term also includes an auto whose insurer is or becomes insolvent or denies coverage and an auto for which the limits of liability under all bodily injury insurance policies available to the injured person are less than the damages which the injured person is legally entitled to recover.

The term *"uninsured auto"* does not include:

  (a) an *insured auto*;

  (b) an auto owned or operated by a self-insurer within the meaning of any motor vehicle financial responsibility law, motor carrier law or any similar law;

  (c) an auto owned by the United States of America, any other national government, a state, or a political sub-division of any such government or its agencies;

  (d) a land motor vehicle or *trailer* operated on rails or crawler-treads or located for use as a residence or premises; or

  (e) a farm-type tractor or equipment designed for use principally off public roads, except while used upon public roads.

## LOSSES WE PAY

Under the Uninsured Motorists Coverage we will pay damages for *bodily injury* caused by accident which the *insured* is legally entitled to recover from the owner or operator of an *uninsured auto* or *hit-and-run auto* arising out of the ownership, maintenance or use of that auto.

The amount of the *insured's* recovery for these damages will be determined by agreement between the *insured* or his representative and us. The dispute may be arbitrated if an agreement cannot be reached.

## EXCLUSIONS

### When Section IV Does Not Apply

1. This Coverage does not apply to *bodily injury* to an *insured* if the *insured* or his legal representative has made a settlement or has been awarded a judgment of his claim without our prior written consent.

2. The Uninsured Motorists Coverage will not benefit any workers' compensation insurer, self insurer, or disability benefits insurer.

3. We do not cover the United States of America or any of its agencies as an *insured*, a third party beneficiary or otherwise.

4. We do not cover any person while *occupying* a vehicle described in the declarations on which Uninsured Motorists Coverage is not carried.

5. Punitive damages, except for wrongful death punitive damages, are not covered.

**__ ITS OF LIABILITY**

Regardless of the number of autos or ***trailers*** to which this policy applies:

1. The limit of liability for Uninsured Motorists Coverage stated in the declarations for "each person" is the limit of our liability for all damages, including those for care or loss of services, due to ***bodily injury*** sustained by one person as the result of one accident.

2. The limit of liability stated in the declarations as applicable to "each accident" is, subject to the above provision respecting each person, the total limit of our liability for all such damages, including damages for care and loss of services, because of ***bodily injury*** sustained by two or more persons as the result of one accident.

3. When coverage is afforded to two or more autos, or if separate policies with us are in effect for ***you*** or any person in ***your*** household, recovery under this coverage is limited to the primary coverage, plus coverage provided for additional autos, but not exceeding two additional coverages.

The amount payable under this Coverage will be reduced by all amounts:

(a) paid by or for all persons or organizations liable for the injury;
(b) paid or payable under the Bodily Injury Coverage or Medical Payments Coverage of this policy; or
(c) paid or payable under any workers' compensation law, disability benefits law or any similar law.

**OTHER INSURANCE**

When an ***insured occupies*** an auto not described in this policy, this insurance is excess over any other similar insurance available to the ***insured*** and the insurance which applies to the ***occupied*** auto is primary.

Except as provided above, if the ***insured*** has other similar insurance available to him and applicable to the accident, the damages will be deemed not to exceed the higher of the applicable limits of liability of this insurance and the other insurance. If the ***insured*** has other insurance against a loss covered by the Uninsured Motorist provisions of this policy, we will not be liable for more than our pro-rata share of the total coverage available.

**ARBITRATION**

Except as set forth in the last sentence of this paragraph, any dispute arising between any ***insured*** and us regarding:

(a) the extent to which the ***insured*** is legally entitled to recover against an owner or operator of an ***uninsured motor vehicle*** (i e., issues of liability); or
(b) the amount of damages sustained by the ***insured***

may be arbitrated. However, neither the ***insured*** nor we will be required to arbitrate unless arbitration is expressly required by state law. Binding arbitration will not be used to resolve disputes regarding policy interpretation, the existence of this Coverage in a particular policy, or the application of this Coverage to a particular claim or claimant.

We will be obligated to pay no more than the applicable policy limits for this Coverage regardless of whether an arbitration results in an award in excess of the applicable policy limits for this Coverage as defined in this policy.

Unless otherwise required by state law, the method, manner and format of any arbitration process will be subject to agreement by ***you*** and us. Attorney fees and expenses will be paid by the party incurring them.

**TRUST AGREEMENT**

When we make a payment under this Coverage:

1. We will be entitled to repayment of that amount out of any settlement or judgment the ***insured*** recovers from any person or organization legally responsible for the ***bodily injury***.

2. The ***insured*** will hold in trust for our benefit all rights of recovery which he may have against any person or organization responsible for these damages. He will do whatever is necessary to secure all rights of recovery and will do nothing after the loss to prejudice these rights.

3. At our written request, the ***insured***, in his own name, will take, through a designated representative, appropriate actions necessary to recover payment for damages from the legally responsible person or organization. The ***insured*** will pay us out of the recovery for our expenses, costs and attorneys' fees.

4. The ***insured*** will execute and furnish us with any needed documents to secure his and our rights and obligations.

**CONDITIONS**

The following conditions apply only to the Uninsured Motorists Coverage:

1. NOTICE

As soon as possible after an accident, notice must be given us or our authorized agent stating:

(a) the identity of the ***insured***;
(b) the time, place and details of the accident; and
(c) the names and addresses of the injured, and of any witnesses.

If the ***insured*** or his legal representative files suit before we make a settlement under this Coverage, he must immediately provide us with a copy of the pleadings.

2. ASSISTANCE AND COOPERATION OF THE ***INSURED***

After we receive notice of a claim, we may require the ***insured*** to take any action necessary to preserve his

very rights against any allegedly legally responsible person or organization. We may require the *insured* to make that person or organization a defendant in any action against us.

### 3. ACTION AGAINST US

Suit will not lie against us unless the *insured* or his legal representative have fully complied with all the policy terms.

### 4. PROOF OF CLAIM - MEDICAL REPORTS

As soon as possible, the *insured* or other person making claim must give us written proof of claim, under oath if required. This will include details of the nature and extent of injuries, treatment, and other facts which may affect the amount payable.

Proof of claim must be made on forms furnished by us unless we have not furnished these forms within 15 days after receiving notice of claim.

The injured person will submit to examination by doctors chosen by us, at our expense, as we may reasonably require. In the event of the *insured's* incapacity or death, his legal representative must, at our request, authorize us to obtain medical reports and copies of records.

### 5. PAYMENT OF LOSS

Any amount due is payable:

(a) to the *insured* or his authorized representative;
(b) if the *insured* is a minor, to his parent or guardian; or
(c) if the *insured* is deceased, to his surviving spouse; otherwise
(d) to a person authorized by law to receive the payment; or to a person legally entitled to recover payment for the damages.

We may, at our option, pay an amount due in accordance with (d) above.

### SECTION V

#### General Conditions

These conditions apply to all Coverages in this policy.

### 1. TERRITORY

This policy applies only to accidents, occurrences or losses during the policy period within the United States of America, its territories or possessions, or Canada or when the auto is being transported between ports thereof.

### 2. PREMIUM

When you dispose of, acquire ownership of, or replace a *private passenger, farm* or *utility auto*, any necessary premium adjustment will be made as of the date of the change and in accordance with our manuals.

### 3. CHANGES

The terms and provisions of this policy cannot be waived or changed, except by an endorsement issued to form a part of this policy.

We may revise this policy during its term to provide more coverage without an increase in premium. If we do so, *your* policy will automatically include the broader coverage when effective in *your* state.

The premium for each auto is based on the information we have in *your* file. *You* agree:

(a) that we may adjust *your* policy premiums during the policy term if any of this information on which the premiums are based is incorrect, incomplete or changed.
(b) that *you* will cooperate with us in determining if this information is correct and complete.
(c) that *you* will notify us of any changes in this information.

Any calculation or recalculation of *your* premium or changes in *your* coverage will be based on the rules, rates and forms on file, if required, for our use in *your* state.

### 4. ASSIGNMENT

*Your* rights and duties under this policy may not be assigned without our written consent.

If *you* die, this policy will cover *your* surviving spouse if covered under the policy prior to *your* death. Until the expiration of the policy term, we will also cover:

(a) the executor or administrator of *your* estate, but only while operating an *owned auto* and while acting within the scope of his duties; and
(b) any person having proper temporary custody of and operating the *owned auto*, as an *insured*, until the appointment and qualification of the executor or administrator of *your* estate.

### 5. POLICY PERIOD

Unless otherwise cancelled, this policy will expire as shown in the declarations. But, it may be continued by our offer to renew and *your* acceptance by payment of the required renewal premium prior to the expiration date. Each period will begin and expire at 12:01 A.M. local time at *your* address stated in the declarations.

### 6. CANCELLATION BY THE *INSURED*

*You* may cancel this policy by providing notice to us stating when, after the notice, cancellation will be effective.

If this policy is cancelled, *you* may be entitled to a premium refund. The premium refund, if any, will be computed according to our manuals

## 7. CANCELLATION BY US

We may cancel this policy by mailing to *you*, at the address shown in this policy, written notice stating when the cancellation will be effective.

We will mail this notice:

(a) 10 days in advance if the proposed cancellation is for non-payment of premium or any of its installments when due or if the policy has been in effect less than 60 days and is not a renewal:

(b) 20 days in advance in all other cases.

The mailing or delivery of the above notice will be sufficient proof of notice. The policy will cease to be in effect as of the date and hour stated in the notice.

If this policy is cancelled, *you* may be entitled to a premium refund. The premium refund, if any, will be computed according to our manuals. Payment or tender of unearned premium is not a condition of cancellation.

## 8. CANCELLATION BY US IS LIMITED

After this policy has been in effect for 60 days or, if the policy is a renewal, effective immediately, we will not cancel except for any of the following reasons:

(a) *You* do not pay the initial or any additional premiums for this policy or fail to pay any premium installment when due to us or our agent.

(b) *You* obtained the policy through material misrepresentation;

(c) Any *insured* has violated the terms or conditions of the policy;

(d) *You* failed to disclose fully in *your* application *your* motor vehicle accidents and moving traffic violations in the preceding 36 months;

(e) *You* failed to disclose in *your* application or in response to any inquiry by us, information we need to accept or properly rate *your* policy;

(f) Any *insured* made a false or fraudulent claim or knowingly aided or abetted another in presenting such claim;

(g) *You* failed to maintain membership in any group or organization when such membership is required to purchase insurance;

(h) *You*, any operator resident in *your* household, or customary operator has, within the 36 months prior to the notice of cancellation or non-renewal, had his driver's license under suspension or revocation;

(i) *You*, any operator resident in *your* household, or customary operator is or becomes subject to epilepsy or heart attacks and cannot produce a certificate from a physician testifying to his unqualified ability to operate a motor vehicle;

(j) *You*, any operator resident in *your* household, or customary operator has an accident record, conviction record (criminal or traffic), physical, mental or other condition which is such that his

operation of any auto might endanger the public safety;

(k) *You*, any operator resident in *your* household, or customary operator has. within the 36 months prior to the notice of cancellation, been addicted to the use of narcotics or other drugs;

(l) *You*, any operator resident in *your* household, or customary operator uses alcoholic beverages to excess;

(m) *You*, any operator resident in *your* household, or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for any felony;

(n) *You*, any operator resident in *your* household, or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for criminal negligence resulting in death, homicide, or assault arising out of the operation of a motor vehicle;

(o) *You*, any operator resident in *your* household , or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for operating a motor vehicle while in an intoxicated condition or while under the influence of drugs;

(p) *You*, any operator resident in *your* household , or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for being intoxicated while in or about an auto or while having custody of an auto;

(q) *You*, any operator resident in *your* household , or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for leaving the scene of an accident without stopping to report;

(r) *You*, any operator resident in *your* household , or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for theft or unlawful taking of an auto;

(s) *You*, any operator resident in *your* household , or customary operator has been convicted, or forfeited bail, during the 36 months immediately preceding the notice of cancellation for making false statements in an application for a driver's license;

(t) *You*, any operator resident in *your* household , or customary operator has been convicted of, or forfeited bail, for 3 or more violations within the 36 months immediately preceding the notice of cancellation, of any law, ordinance or regulation limiting the speed of motor vehicles, or any of the provisions of motor vehicle laws of any state, violation of which is a misdemeanor, whether or not the violations were repetitions of the same offense or different offenses;

It's a two-column insurance policy.

(u) The insured auto is mechanically defective to the extent that its operation might endanger public safety;

(v) The insured auto is used in carrying passengers for hire or compensation, except that the use of an auto for a car pool shall not be considered use of an auto for hire or compensation;

(w) The insured auto is used in the business of transporting flammables or explosives;

(x) The insured auto is an authorized emergency vehicle;

(y) The insured auto is modified or changed in condition so as to increase the risk substantially;

(z) The insured auto is subject to an inspection law and has not been inspected or, if inspected, has failed to qualify.

Our failure to cancel for any of the reasons above will not obligate us to renew the policy. We have the right to modify any Physical Damage Coverage provided under the policy (except Collision) by including a deductible of not more than $100.

9. RENEWAL

We guarantee to renew this policy for *private passenger, farm* or *utility autos* as long as the following conditions are met:

(a) *You* (or *your* spouse) are at least 50 years old and *you* (or *your* spouse) are a principal operator of an auto insured under this policy. There are no principal or occasional operators under the age of 25.

(b) *You* and all operators of autos insured under this policy must be physically and mentally able to safely operate an auto. We may require an operator to provide certification of this from a doctor acceptable to us.

(c) The autos insured are principally located in a state which has approved the use of this condition, and that state continues to approve the use of this condition.

(d) The representations provided in *your* application for this policy were true.

If the above requirements are not met, the guaranteed renewal condition does not apply. We reserve the right to terminate this guaranty in any state in which conditions require that we discontinue writing new and renewal policies for all our *insureds*. Should we choose not to renew *your* policy, we will mail to *you*, at the last mailing address known to us, written notice of our refusal to renew at least 20 days prior to the expiration date. The mailing or delivery of this notice by us will be sufficient proof of notice.

This policy will expire without notice if any of the following conditions exist:

(a) *You* do not pay any premium as we require to renew this policy.

(b) *You* have informed us or our agent that *you* wish the policy to be cancelled or not renewed.

(c) *You* do not accept our offer to renew or *you* refuse to provide us with renewal classification and rating information as we may require.

10. OTHER INSURANCE

If other insurance is obtained on *your* insured auto, any similar insurance afforded under this policy for that auto will terminate on the effective date of the other insurance.

11. DIVIDEND PROVISION

*You* are entitled to share in a distribution of the surplus of the Company as determined by its Board of Directors from time to time.

12. DECLARATIONS

By accepting this policy, *you* agree that:

(a) the statements in *your* application and in the declarations are *your* agreements and representations;

(b) this policy is issued in reliance upon the truth of these representations; and

(c) this policy, along with the application and declaration sheet, embodies all agreements relating to this insurance. The terms of this policy cannot be changed orally.

13. FRAUD AND MISREPRESENTATION

Coverage is not provided to any person who knowingly conceals or misrepresents any material fact or circumstance relating to this insurance:

(a) at the time of application; or

(b) at any time during the policy period; or

(c) in connection with the presentation or settlement of a claim.

14. EXAMINATION UNDER OATH

The *insured* or any other person seeking coverage under this policy must submit to examination under oath by any person named by us when and as often as we may require.

15. DISPOSAL OF VEHICLE

If *you* relinquish possession of a leased vehicle or if *you* sell or relinquish ownership of an *owned auto,* any coverage provided by this policy for that vehicle will terminate on the date *you* do so.

16. TERMS OF POLICY CONFORMED TO STATUTES

Any terms of this policy in conflict with the statutes of Alabama are amended to conform to those statutes.

## SECTION VI - AMENDMENTS AND ENDORSEMENTS

1. SPECIAL ENDORSEMENT
UNITED STATES GOVERNMENT EMPLOYEES

A. Under the Property Damage coverage of Section I, we provide coverage to United States Government employees, civilian or military, using

1. Motor vehicles owned or leased by the United States Government or any of its agencies, or

2. Rented motor vehicles used for United States Government business,

when such use is with the permission of the United States Government. Subject to the limits described in paragraph B. below, we will pay sums *you* are legally obligated to pay for damage to these vehicles.

B. The following limits apply to this Coverage:

1. A S100 deductible applies to each occurrence.

2. For vehicles described in A.1. above, our liability shall not exceed the lesser of the following:

b. the *actual cash value* of the property at the time of the occurrence; or

c. the cost to repair or replace the property, or any of its parts with other of like kind and quality; or

d. two months basic pay of the *insured*; or

e. the limit of Property Damage liability coverage stated in the declarations.

3. For vehicles described in A.2. above, our liability shall not exceed the lesser of the following:

a. the *actual cash value* of the property at the time of the occurrence; or

b. the cost to repair or replace the property, or any of its parts with other of like kind and quality; or

c. the limit of Property Damage liability coverage stated in the declarations.

This insurance is excess over other valid and collectible insurance.

R. A. Phillips
Secretary

O. M. Nicely
President

GOVERNMENT EMPLOYEES INSURANCE COMPANY
GEICO GENERAL INSURANCE COMPANY
HOME OFFICE - 5260 Western Avenue
Chevy Chase, Maryland 20815-3799

# GEICO

# Family Automobile
# Policy Amendment

Policy Number:

## Emergency Road Service
## Coverage

**Your** policy provisions are amended as follows:

### SECTION III

### PHYSICAL DAMAGE COVERAGES

Emergency Road Service

**You** have this coverage if "Emergency Road Service" appears in the "Coverages" space on the declarations page.

We will pay the fair cost **you** incur for the **owned** or **non-owned auto** for:

1. mechanical labor up to one hour at the place of breakdown;

2. lockout services up to $100 per lockout if keys to the auto are lost, broken or accidentally locked in the auto;

3. if it will not run, towing to the **nearest** repair facility where the necessary repairs can be made;

4. towing it out if it is stuck on or immediately next to a public highway;

5. delivery of gas, oil, loaned battery, or change of tire. WE DO NOT PAY FOR THE COST OF THE GAS, OIL, LOANED BATTERY, OR TIRE(S).

There will be a limit of one reimbursement per disablement.

We affirm this amendment.

J. C. Stewart
Secretary

O. M. Nicely
President

A-115 (02-02)

SPECIMEN

**GEICO**

# Automobile Policy Amendment

Policy Number:

## Glass Repair/Replacement

*Your* policy is amended as follows:

**SECTION III - Physical Damage Coverages**

**LIMIT OF LIABILITY**

The following numbered paragraph is added:

6. for glass repair or replacement, not to exceed the prevailing competitive price. Although you have the right to choose any glass repair facility or location, the limit of liability for **loss** to window glass is the cost to:

   (a) repair; or

   (b) replace

   such glass but will not exceed the prevailing

competitive price. This is the price we can secure from a competent and conveniently located glass repair facility. At *your* request, we will identify a glass repair facility that will perform the repairs at the prevailing competitive price.

We affirm this amendment.

J. C. Stewart
Secretary

O. M. Nicely
President

A-200 (7-02)

SPECIMEN