IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, | ) |
| | ) |
|     PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO. 1:07-cv-666-WHA |
| | ) |
| NELL ANDERSON RICH, and | ) |
| PROGRESSIVE AMERICAN INSURANCE | ) |
| COMPANY, | ) |
| | ) |
|     DEFENDANTS. | ) |

**INITIAL DISCLOSURES OF PLAINTIFF, JESSICA LEANN BAXTER**

COMES NOW the Plaintiff, Jessica LeAnn Baxter, and respectfully submits her Rule 26(a)(1) initial disclosures. Plaintiff Baxter makes these disclosures based on the information reasonably available to her.

**I.   INDIVIDUALS LIKELY TO HAVE DISCOVERABLE INFORMATION.**

    A.    Jessica Leann Baster
            c/o Michael J. Gamble
            206 E. Main Street
            Dothan, AL 36301

    B.    Nell Anderson Rich
            c/o William L. Lee, III and
            William W. Nichols
            Lee & McInish, P.C.
            Post Office Box 1665
            Dothan, AL 36302

    C.    Progressive American Insurance Co.
            c/o Brett A. Ross
            Carr, Allison, Pugh, Howard, Oliver & Sisson, P.C.
            100 Vestavia Parkway, Suite 200
            Birmingham, AL 35216-7713

    D.    Officer Chris Robinson

        Dothan Police Department
        210 North Saint Andrews
        Dothan, AL 36303

E.    Corporal L. Nelms
        Dothan Police Department
        210 North Saint Andrews
        Dothan, AL 36303

F.    Crystal Marie Carroll
        235 J. Harris Road
        Hartford, AL 36344

G.    Flowers Hospital Physicians
        and Staff
        3228 West Main Street
        Dothan, AL 36301

H.    Pilcher's Ambulance Company
        911 South Foster Street
        Dothan, AL 36301

I.    Dr. George Whiddon
        Patricia Faith Jones, NP
        178 LaSalle Leffall Drive
        Quincy, FL 32351

J.    Physicians and Staff of
        Jackson County Wellness Center
        4230 Lafayette Street
        Marianna, FL 32446

**II.  DOCUMENTS RELEVANT TO THE DISPUTED FACTS**

    A.    Alabama Uniform Traffic Accident Report

    B.    Medical records and bills maintained by the medical services providers disclosed at I above.

**III.  COMPUTATION OF DAMAGES**

    A.    Damages will consist of past and future medical charges.  Plaintiff continues to receive treatment and incur medical bills.  Medicals incurred to date exceed $20,000.00.  Future medical bills are anticipated and will be determined from

       testimony elicited from treating physicians.

   B.   Past and future pain and suffering and mental anguish exceed $100,000.00.

   C.   Damages may include permanent impairment, but, cannot be determined at this stage of the case.

**IV.**   **Rule 26(a)(1)(B) documents consist of medical records and bills. These documents can be obtained from the entities identified under I, above.**

Respectfully submitted this the 28th day of September 2007.

                                              s/Michael J. Gamble
                                              Michael J. Gamble (GAM011)
                                              Attorney for Jessica Leann Baxter
                                              206 East Main Street
                                              Dothan, AL 36301
                                              Telephone:   (334) 793-2889
                                              Facsimile:    (334) 792-9611

## CERTIFICATE OF SERVICE

      I hereby certify that on September 28, 2007, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brett A. Ross, Attorney for Progressive American Insurance, bar@carrallision.com; William L. Lee, III, wlee3@leeandmcinish.com and William W. Nichols, wnichols@leeandmcinish.com  Attorneys for Defendant Nell Anderson Rich and I hereby certify that I have mailed a copy of the foregoing by United States Postal Service to the aforementioned counsel.

Dated this the 28th day of September 2007.

                                              s/Michael J. Gamble
                                              Of Counsel