IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, | ) |
| | ) |
| PLAINTIFF, | ) |
| | ) |
| VS. | ) CASE NO. 1:07-cv-666-WHA |
| | ) |
| NELL ANDERSON RICH, and | ) |
| PROGRESSIVE AMERICAN INSURANCE | ) |
| COMPANY, | ) |
| | ) |
| DEFENDANTS. | ) |

**NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION**

COMES NOW Michael J. Gamble, attorney for Plaintiff, and states unto the Court that a settlement conference was held this date between William L. Lee, III, Attorney for Defendant Nell Anderson Rich, and Michael J. Gamble, Attorney for Jessica LeAnn Baxter. A settlement between these parties was not reached. Counsel for Plaintiff and Counsel for Defendant Nell Anderson Rich believe mediation will assist the parties in resolving this case and respectfully request this Honorable Court to schedule a mediation.

A contingent settlement between Defendant Progressive American Insurance Company and Plaintiff was reached on or about November 13, 2007.

Respectfully submitted this the 8th day of February, 2008..

s/Michael J. Gamble
Michael J. Gamble (GAM011)
Attorney for Jessica Leann Baxter
206 East Main Street
Dothan, AL 36301
Telephone:   (334) 793-2889
Facsimile:   (334) 792-9611

**CERTIFICATE OF SERVICE**

   I hereby certify that on February 8, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Brett A. Ross, Attorney for Progressive American Insurance, bar@carrallision.com; William L. Lee, III, wlee3@leeandmcinish.com and William W. Nichols, wnichols@leeandmcinish.com  Attorneys for Defendant Nell Anderson Rich and I hereby certify that I have mailed a copy of the foregoing by United States Postal Service to the aforementioned counsel.

  Dated this the 8th day of February 2008.

                s/Michael J. Gamble
                Of Counsel