IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, | * |
| | * |
|   Plaintiff, | * |
| | * |
| VS. | *   CASE NO.:1:07-CV-666-WHA |
| | * |
| NELL ANDERSON RICH and | * |
| PROGRESSIVE AMERICAN INS. CO. | * |
| | * |
|   Defendants. | * |

**MOTION TO DISMISS WITHOUT PREJUDICE**

Comes the Plaintiff, by and through her undersigned attorney, and moves this Honorable Court to dismiss the Plaintiff's claim against the Defendant Progressive American Ins. Co.   Plaintiff and Defendant have reached a contingent settlement agreement

This the 11th day of March 2008.

THE GAMBLE LAW FIRM

**Michael J. Gamble**
**Michael J. Gamble (GAM011)**
**206 East Main Street**
**Dothan, AL 36301**
**334-793-2889**
**(334) 792-9611** *Facsimile*
gamblelawfirmmjg@comcast.net

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on this date, a true and correct copy of the foregoing was served either electronically or by first class mail with the United States Postal Service and addressed as follows, to wit:

    Mr. William L. Lee, III, Esq.
    Mr. William W. Nichols, Esq.
    *Attorneys for Defendant Rich*
    Lee & McInish Attorneys, P.C.
    Post Office Box 1665
    Dothan, Alabama 36302

    Brett A. Ross, Attorney for Progressive American Insurance, bross@carrallison.com;

Dated: March 11, 2008

    <u>Michael J. Gamble</u>