IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA LEANN BAXTER, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | CASE NO.: 1:07cv666-WHA |
| | § | |
| NELL ANDERSON RICH and | § | |
| PROGRESSIVE AMERICAN INS. CO. | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF SETTLEMENT

Comes now the Defendant, Nell Anderson Rich, and makes known to the Court that this case has settled and paperwork will be filed shortly.

Respectfully submitted this 15th day of April, 2008.

_s/ *William L. Lee, III*_____          s/ *William W. Nichols*_____
WILLIAM L. LEE, III, (LEE007)                  WILLIAM W. NICHOLS, (NIC027)
*Attorney for Defendant Rich*                    *Attorney for Defendant Rich*
LEE & McINISH ATTORNEYS, P.C.                  LEE & McINISH ATTORNEYS, P.C.
Post Office Box 1665                            Post Office Box 1665
Dothan, Alabama 36302                           Dothan, Alabama 36302
Telephone (334) 792-4156                        Telephone (334) 792-4156
Facsimile (334) 794-8342                        Facsimile (334) 794-8342
wlee3@leeandmcinish.com                         wnichols@leeandmcinish.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 15, 2008, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF System which will send notification of such filing to the following: Michael J. Gamble, Esq.; and I hereby

certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants: NONE.

Dated this the 15th day of April, 2008.

s/ *William L. Lee, III*