IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JESSICA LEANN BAXTER, | § | |
| Plaintiff, | § | |
| VS. | § | CASE NO.: 1:07-cv-666-WHA |
| NELL ANDERSON RICH and PROGRESSIVE AMERICAN INS. CO., | § | |
| Defendants. | § | |

### JOINT STIPULATION FOR DISMISSAL

Come the Plaintiff and Defendant, by and through their attorneys, and agree and stipulate that the parties have settled the above case and that Plaintiff's Complaint is due to be dismissed with prejudice with each party bearing his own costs and Plaintiff being responsible for the payment of any and all liens and/or encumbrances.

Dated this 24 day of April, 2008.

_____
MICHAEL J. GAMBLE (GAM011)
*Attorney for Plaintiff*
Post Office Drawer 927
Dothan, Alabama 36302
Telephone (334) 793-2889
gamblelawfirmmjg@comcast.net

_____
WILLIAM L. LEE, III    (LEE007)
*Attorney for Defendant*
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
wlee3@leeandmcinish.com

_____
WILLIAM W. NICHOLS (NIC027)
*Attorney for Defendant*
Post Office Box 1665
Dothan, Alabama 36302
Telephone (334) 792-4156
wnichols@leeandmcinish.com