IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JESSICA LEANN BAXTER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CIVIL ACTION NO. 1:07cv666-WHA |
| NELL ANDERSON RICH, | ) ) ) |
| Defendant. | ) |

## **ORDER**

Upon consideration of the Stipulation of Dismissal (Doc. # 25), filed by the parties on April 24, 2008, and for good cause shown, it is hereby

ORDERED that this case is DISMISSED with prejudice, costs taxed as paid.

DONE this 24th day of April, 2008.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE